# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:21-mj-3074 | Date | June 29, 2021 |
|---|---|---|---|
| Title | United States v. Tina Marie Molina | | |

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**     (IN CHAMBERS) **ORDER OF DETENTION –
PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.    ☒    Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☐    Lack of bail resources

☐    Refusal to interview with Pretrial Services

☒    No stable residence or employment

☐    Previous failure to appear or violations of probation, parole, or release

☐    Ties to foreign countries

☒    Allegations in petition

☒    Substance abuse and mental health history

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:21-mj-3074 | Date | June 29, 2021 |
|---|---|---|---|
| Title | United States v. Tina Marie Molina | | |

B.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒  Nature of previous criminal convictions

    ☒  Allegations in petition

    ☒  Substance abuse and mental health history

    ☐  Already in custody on state or federal offense

    ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.